**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ADRIAN GONZALEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-20-584-SLP |
| | ) |
| SHAWN R. HILLMAN, et al., | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

The Court previously directed Plaintiff to cure pleading deficiencies accompanying the filing of his "5.5 Million Dollar Civil Complaint for Wrongful Foreclosure and Breach of Contract." *See* Order [Doc. No. 3]. Specifically, the Court directed Plaintiff to the requirements of Rule 11 of the Federal Rules of Civil Procedure which provide that "[e]very pleading . . . must be signed by . . . a party personally if the party is unrepresented" and "*must state the signer's address, e-mail address, and telephone number*." Fed. R. Civ. P. 11(a) (emphasis added). The Court also advised Plaintiff that his wife, Dulce A. Lagunas, could not file the Complaint on his behalf.

On June 30, 2020, Plaintiff resubmitted his Complaint [Doc. No. 4]. But the Complaint continues to be deficient. Plaintiff did not include his address, but instead included the address of his wife, Dulce A. Lagunas.[1] Plaintiff also failed to include an e-mail address and telephone number.

---

[1] Plaintiff expressly alleges, in both pleading submissions, that he is a resident of Waukesha County, Wisconsin. *See* Compl. [Doc. Nos. 1 and 4], ¶ 1.1. Additionally, attached to the originally filed Complaint [Doc. No. 1], is a document headed "Broad and Complete Power" which identifies

Accordingly, Plaintiff's pleading remains deficient as it does not include the proper and complete contact information required by Rule 11. Plaintiff is directed to promptly correct the pleading deficiency within seven days of the date of this Order. Plaintiff is again admonished that failure to timely comply with the Court's Order shall result in the Complaint being stricken from the Court's docket and may further result in the dismissal of this action without further notice.

IT IS THEREFORE ORDERED that Plaintiff shall correct the pleading deficiency as set forth within seven days of the date of this Order.

IT IS SO ORDERED this 2nd day of July, 2020.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE

---

Plaintiff as "a resident at 1145 Whiterock Avenue, Waukesha, WI 53186." *See* Compl. [Doc. No. 1] at 16. That same document identifies his wife as Dulce Aurora Lagunas, with a "current address of 1324 SW 43rd Street, Oklahoma City, Oklahoma 73119." *Id*. Because Plaintiff's own submissions demonstrate he resides at an address in Wisconsin, his pleading should properly reflect that address.